**U.S. District Court**
**Northern District of Illinois**

JUDGE GOTTSCHALL

**DOCKETED**
OCT 1 6 2003

**03C 7283**

MAGISTRATE JUDGE LEVIN

FILED-ED5
03 OCT 15 PM 12: 2
CLERK
U.S. DISTRICT COURT

Dexter Saffold
v.
David Steadman

### Now Comes The Complaint

Dexter Saffold was discriminated because of my disability. Violated civil rights F.H.A. 42 U.S.C. Vacant apartment was available.

I first asked if there were any first floor apartments available. They stated yes, a first will be available soon (July 31ˢᵗ, 2003). I asked if I could move from my third floor apartment to the first floor.

I was shown the first floor apartment, then I had called the real estate agent back and I told him I would take the apartment. On August 11ᵗʰ, Dave Steadman called and stated he wanted to talk to me about the first floor apartment. Then he stated he did like the way my apartment looked on the third floor. He stated he would not give me the first floor apartment. He just stated he would allow any dogs. If you can see well enough to drive, you should be able to walk down three flights of stairs.

*Dexter Saffold*
10-15-03

Now comes the Complaint (Rg1)

On or about August 11, 2003, I was denied a reasonable accommodation to move to an available first floor apartment. On August 13, 2003, I was denied the first floor apartment in writing. See Attachment 1.

On or about August 11, 2003, I requested a reasonable accommodation to have a guide dog. On August 20, 2003, I presented a written request to have a guide dog, for use in the apartment and the apartment building. I was orally denied this accommodation. See Attachment 2.

When I applied for an apartment at 3143 West 60th Street, Chicago, IL 60629, on or about October 26, 2002, I told Mr. Steadman I wanted to be on the first floor because of my disability, glaucoma, which results in me being legally blind. Mr. Steadman told me that there was no first floor apartment available and that I would take the third floor apartment. Mr. Steadman stated when an apartment on the first floor became available in any of the buildings Mr. Steadman was managing he would allow me to change apartments and move to the first floor.

Dexter Saffold
10-15-03

U.S. District Court
Northern District of Illinois

Dexter Saffold
v.
David Steadman

David Steadman:

### 2 Discrimination because of my disability, Civil Right F.H.A. Vol.: 42 USC

Vacant apartment was available. First say-so, if I move from third floor to the first floor, rent would be $520.00. I say: okay, I will pay $520.00. Then, he calls me to say he will come to talk to me and will I be at home? I say: yes, I will be at home. Then, he says that he has not given me the apartment and I cannot have a dog to help me. This seems as my dog is my eyes, no pets will be allowed.

When did you give me rental first floor? When I asked to move from third floor to the first floor due to my disability. I am legally blind. I have 20/400 vision in both my eyes. Also, he says I cannot have a dog. The dog is a service dog.

*Dexter Saffold*
*10-15-03*

Dexter Saffold
3143 W. 60th St.
Chicago, IL 60629

I am suing for $500,000.00

$55,000.00

I am asking court to enter judgment

David Steadman Discrimination

# STEADMAN REALTY CO.

6247 S. PULASKI
CHICAGO, IL 60629
773.284-5822



August 13, 2003

Mr. Dexter Saffold
3143 West 60th Street
3rd floor
Chicago, Illinois 60629

Dear Mr. Saffold:

I met with you today in your apartment. As I explained to you, your request to move to the first floor is denied. This denial is based upon your poor housekeeping standards alone. I would urge you to clean up your place for health reasons.

In regards to your threat to sue me if you fall down the stairs. I suppose anyone can threaten me with a lawsuit for falling. I have seen you driving an automobile, as have others. I assume if you can see well enough to drive an automobile, that you can see well enough to walk down the stairs.

Very truly yours,

David M. Steadman

DMS:sk

**EXHIBIT 1**

August 20, 2003

David Steadman; Manager
6247 South Pulaski Road
Chicago, IL. 60629

Dear Mr. Steadman:

As you know, I reside in your apartment building located at 3143 w. 60 th St. The purpose of this letter is to revisit a conversation we had a few weeks ago. As you may recall, I informed you of my deteriating visual condition. At that time I asked you for permission to allow me to have a Guide Dog. You seemed resistant.

This letter is to formally request an Americans with Disabilities Act Reasonable Accommodations to your [NO PET POLICY] allowing me to have a Guide Dog.

Please find attached a copy of my doctor's letter verifying my medical condition. In addition, I would appreciate a written response as to your receipt and decision of my request.

Cordually,


Dexter Saffold
3143 W. 60th Street
(773)471-2073

ATTN: Caruso or ATTN: Lillian Seymore



ARCHER HEIGHTS CREDIT UNION
6554 WEST ARCHER AVENUE
CHICAGO, ILLINOIS 60638
773-229-1500

Mid-States Corporate Credit Union
Naperville, IL 60566

No. 104678

Void if not cashed in 90 days

70-876
2719

DATE    SEPT. 2, 20

PAY THIS AMOUNT

FOUR HUNDRED SEVENTY FIVE DOLLARS & 00/100        **********475.

TO THE ORDER OF
STEADMAN REALITY
RE DEXTER SAFFOLD

AUTHORIZED SIGNATURE

⑈104678⑈ ⑆271987635⑆ 27077257200180⑈

EXHIBIT
2

**ROBERT G. TAUB, M.D., F.A.C.S.**
**J. P. TAUB, C.O.M.T.**
150 NORTH MICHIGAN AVENUE, SUITE 650
CHICAGO, ILLINOIS 60601
(312) 372-7571
FAX: (312) 372-7358

PRACTICE LIMITED TO OPHTHALMOLOGY

April 26, 2002

To Whom It May Concern:

    Mr. Dexter Saffold has a central isle of vision of less than 10°.

Sincerely,

Robert G. Taub, M.D.
RGT/ec

**EXHIBIT**

8a

Please compete diagrams if field loss is significant.



Degree of visual field remaining   OD /0   OS /0°

Visual fields:   Normal _____   Not able to be tested _____   Not indicated _____
Abnorman (recorded above) ✓

Method  Humphrey   Reliability _____

Prognosis (is there any likelihood that vision could be restored by operation or treatment?)  no

The condition is:   Static _____   Progressive ✓

Recommendations for restoration ✓   Not possible ___   May be accomplished by:
1) Surgery (type)
2) Medical treatment (type)
3) Visual aids (type)

Environmental factors which aggrevate eye pathology (light, smoke, dust, etc.) _____

_____

Comments:

Signature _____

_____                                         8/21/0?

Examining Ophthalmologist or Optometrist (please print or type)    Date of Examination

Do not write below this line

**Reviewed by field Ophthalmologist Consultant**

Date                         Signature of Field Ophthalmological Consultant

**EXHIBIT**

8b

# David J. Palmer, M.D., S.C.

Glaucoma Consultation and Management
Glaucoma, Cataract, and Laser Surgery

111 N. Wabash Ave.
Suite 1609
Chicago, IL 60602
(312) 855-1550

332-3960

8901 West Golf Road
Suite 201
Des Plaines, IL 60016
(847) 390-8660

August 30, 2002

Dr. Robert Taub
150 N. Michigan
Chicago, IL

Re: Saffold, Dexter

Dear Bob,

Thank you for the opportunity to evaluate Dexter for an opinion concerning possible glaucoma including treatment and management. I understand that he has been designated "legally blind" and has seen Dr. Sandra Goldberg in the past for a low vision evaluation. His family history is remarkable for glaucoma (mother, grandmother). His review of systems is remarkable for diabetes mellitus. Medications include Travatan q HS OU and Cosopt BID OU. Systemically he takes insulin 24 units AM and 15 units PM. His past history is otherwise documented in his record. He appeared oriented x 3 and mood and affect were unremarkable. He did present walking with a white cane but appeared to ambulate sufficiently around objects in his path.

On 8/30/02 the corrected acuities were right and left eye 20/400. Motility appeared intact and confrontation visual fields showed a central island bilaterally. By applanation, the tensions were right eye 32, right eye 30 mmHg at 10:30 AM. Pupils reacted from 3 to 2 mm without an afferent defect. Externally his exam was unremarkable. <u>The slit lamp examination</u>: The right and left segments were quiet and clear and no rubeosis was evident bilaterally. The angles appeared open Grade 3 360 degrees. Post dilation the C/D OD was 0.65 vertical by 0.7 horizontal and OS 0.55 vertical by 0.75 horizontal. Both discs appeared excavated and deeply cupped at approximately 4 diopters on the right and 5 diopters on the left. No background diabetic retinopathy was visualized. I understand that an attempt was made to perform a Humphrey visual field in 5/02 but could not be performed as the targets were not seen. An Amsler grid test, however, revealed bilateral central 10 degree islands.

Dexter had the following impressions:
1. Open angle glaucoma associated with markedly constricted visual fields bilaterally and disc cupping consistent with this diagnosis. The disc rims, however, appeared relatively healthy in that there was no notching to the peripheral rim in either eye. Additionally, no nerve fiber layer hemorrhages were found. Because the tensions appeared too high for his current optic disc status, I suggested that he add Alphagan-P OD BID to his above regimen. The side effects were discussed with the patient whose glaucoma risk factors include his African-American race, family history, and elevated eye pressures. He was asked to see you in several weeks for a repeat pressure measurement. If there is no effect in achieving a goal in the mid-teens range, you may wish to consider a laser trabeculoplasty based on the AGIS study or consider filtration surgery pending discussion with the patient. I cannot fully rule out simulation of some of the visual field loss based on his ambulation.
2. Diabetes mellitus. Yearly visits were suggested with you, Bob.



EXHIBIT 3

PILOT DOGS, INC.
REPORT OF EYE EXAMINATION

Name (Mr./Ms.) Dexter Saffold         Date of Birth 3/26/6_

Date of onset of Eye Pathology _____ Right Eye 11/01 Left Eye 1/02

**Diagnosis of visual loss**
Right Eye  GLAUCOMA - LEGALLY BLIND

Left Eye  GLAUCOMA LEGALLY BLIND

**Pathological conditions responsible for visual problems**
Right Eye  OPEN ANGLE GLAUCOMA

Left Eye  OPEN ANGLE GLAUCOMA

**Present treatment**
Right Eye  DROPS

Left Eye  DROPS

**If there is a history of eye injury or operation, state type and date**
Right Eye  ∅

Left Eye  ∅

VISUAL ACUITY: USE SNELLEN NOTATION

| | WITHOUT GLASSES | | WITH BEST POSSIBLE CORRECTION | |
|---|---|---|---|---|
| | Distance (20 ft.) | Near (14 inches) | Distance (20 ft.) | Near (14 inches) |
| Right eye | 20/400 | | 20/400 | 14/89 |
| Left eye | 20/400 | | 20/400 | 14/89 |

**REFRACTION RECORD**

| | Sphere | Cylinder | Axis | Prism |
|---|---|---|---|---|
| Right Eye | -7.00 | +.50 | 15 | |
| Left Eye | -7.00 | +.50 | 24 | |

Cyloplegic?  Yes ✓  No ___    Are glasses prescribed?  Yes ✓  No ___

Is light projection accurate?  Right eye YES    Left eye YES

Is new prescription indicated?  Yes ___  No ✓

Are other visual aids indicated (contact lenses, low vision aids, etc.)?  NO

Other factors affecting visual functioning (e.g., diplopia, photophobia, night blindness, etc.):

EXHIBIT

**ROBERT G. TAUB, M.D., F.A.C.S.**
**J. P. TAUB, C.O.M.T.**
150 NORTH MICHIGAN AVENUE, SUITE 650
CHICAGO, ILLINOIS 60601

(312) 372-7571
FAX: (312) 372-7358

PRACTICE LIMITED TO OPHTHALMOLOGY

April 1, 2002

To whom it may concern:

Mr. Dexter Saffold is permanently disabled from any job. He is legally blind.

Sincerely,

Robert G. Taub, M.D.
RGT/ec

**EXHIBIT 7**

**ROBERT G. TAUB, M.D., F.A.C.S.**

**J. P. TAUB, C.O.M.T.**

150 NORTH MICHIGAN AVENUE, SUITE 650
CHICAGO, ILLINOIS 60601

(312) 372-7571
FAX: (312) 372-7358

PRACTICE LIMITED TO OPHTHALMOLOGY

August 15, 2003

To Whom It May Concern:

    Mr. Dexter Saffold has markedly reduced vision especially at night. This condition is permanent.

Sincerely,

*[signature]*

Robert G. Taub M.D.
RGT/ec

**EXHIBIT 4**

ROBERT G. TAUB, M.D., F.A.C.S.
J. P. TAUB, C.O.M.T.
150 NORTH MICHIGAN AVENUE, SUITE 650
CHICAGO, ILLINOIS 60601

(312) 372-7571
FAX: (312) 372-7358

PRACTICE LIMITED TO OPHTHALMOLOGY

January 8, 2002

To whom it may concern:

Mr. Dexter Saffold is legally and industrially blind. He is unable to drive or work.

Sincerely,

Robert G. Taub, M.D.
RGT/ec

EXHIBIT 6

**JS 44 (Rev. 3/99)**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS** Dexter Saffold

**DEFENDANTS** David Steadman

JUDGE GOTTSCHAL
MAGISTRATE JUDGE LEVIN

**(b)** County of Residence of First Listed Plaintiff Chicago cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Chicago
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF LAND INVOLVED.

3193 W. 60 St Chicago, IL 60629

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**03C 7283**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STAT |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapport |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Ba |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/IC |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Infl Corrupt Organ |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Serv |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Cor Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Cha 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Inj. | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural A |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stab |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmenta |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Alloca |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information A |
| ☐ 230 Rent Lease & Ejectment | ☒ 443 Housing/ Accommodations | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | Equal Access |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 535 Death Penalty | | | ☐ 950 Constitutional State Statutes |
| ☐ 290 All Other Real Property | | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutor |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in comp
**JURY DEMAND:** ☐ Yes ☐

## VIII. This case
☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____ , previously dismissed by Judge _____

**DATE** 10-15-03

**SIGNATURE OF ATTORNEY OF RECORD** Dexter Saffold

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE GOTTSCHALL
MAGISTRATE JUDGE LE[...]

In the Matter of

Dexter Saffold v. David Steadman

**DOCKETED** OCT 1 6 2003

Case Number: 03C 7283

FILED-E05 03 OCT 15 PM 12:21 CLERK U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

PLAINTIFF

| (A) | (B) |
|---|---|
| SIGNATURE: Dexter Saffold | SIGNATURE: |
| NAME: Dexter Saffold | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: 3143 W. 60th | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago IL 60629 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 773-306-1348  FAX NUMBER: | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR?   YES ☐  NO ☐ | MEMBER OF TRIAL BAR?   YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER:  FAX NUMBER: | TELEPHONE NUMBER:  FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |